IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARY ALLEN, #103328**                                                      **PETITIONER**

**VERSUS**                                       **CIVIL ACTION NO. 1:11cv123HSO-JMR**

**REGINA HANCOCK**                                                     **RESPONDENT**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation [16] of Chief Magistrate Judge John M. Roper entered on November 9, 2011, together with Petitioner Gary Allen's Objection [18].  The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS, ORDERED AND ADJUDGED**  that, Respondent's Motion to Dismiss [7] is **GRANTED,** Petitioner's remaining pending Motions are **DENIED**, and Petitioner's 28 U.S.C. §2254 Petition is hereby dismissed.

**SO ORDERED AND ADJUDGED**, this the 6th day of March, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE